IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IMRAN AHMED, | : | No. 3:24cv851 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| KALAHARI RESORTS & | : | |
| CONVENTIONS – POCONOS; | : | |
| KALAHARI RESORTS PA, LLC; and | : | |
| KALAHARI RESORTS, LLC, | : | |
| Defendants | : | |

..............................................................................................................................

## ORDER

**AND NOW**, to wit, this ___ day of November 2024, the motion to dismiss or in the alternative motion for a more definite statement (Doc. 10) is hereby **GRANTED** in part and **DENIED** in part. It is granted with respect to the motion for a more definite statement. The plaintiff is directed to file an amened complaint within twenty-one (21) days of the date of this order which specifies the location of the steps at issue. The amended complaint should also properly allege the citizenship of the parties and remedy the discrepancy regarding whether the waterpark is located in New Jersey or Pennsylvania. The motion is **DENIED** in all other respects.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court